Margaret JOHNSON, Appellant,

v.

STATE of Missouri, Respondent.

No. 67711.

Missouri Court of Appeals, Eastern District, Division One.

Oct. 17, 1995.

Rosalynn Koch, Office of the State Public Defender, Columbia, for appellant.

Jeremiah W. (Jay) Nixon, Atty. Gen., David G. Brown, Asst. Atty. Gen., Jefferson City, for respondent.

Before REINHARD, P.J., and KAROHL and WHITE, JJ.

*ORDER*

PER CURIAM.

Movant appeals from the motion court's denial, without an evidentiary hearing, of her Rule 24.035 motion for post-conviction relief. We affirm. The findings and conclusions of the motion court are not clearly erroneous. No jurisprudential purpose would be served by an extended written opinion. The judgment of the motion court is affirmed in accordance with Rule 84.16(b).